### 2550. LOQUE *et al. v.* HANCOCK COUNTY.

HILL, C. J.  1. The questions raised in this record are fully controlled by the decision of this court in *Wright* v. *Sheppard,* 5 *Ga. App.* 298 (63 S. E. 48), and the decision of the Supreme Court in *Maxwell* v. *Willis,* 123 *Ga.* 319 (51 S. E. 416).
2. An assignment of error making what purports to be a constitutional question, in the following language: "Because the provisions of the statute [meaning the alternative road statute] authorizing such tax was unconstitutional," is too general to raise a constitutional question

for certification to the Supreme Court.   *Tooke* v. *State, 4 Ga. App.* 495 (61 S. E. 917).                    *Judgment affirmed.*

DECIDED SEPTEMBER 6, 1910.

Certiorari; from Hancock superior court—Judge Lewis.   September 27, 1909.

*R. H. Lewis,* for plaintiffs in error.   *W. H. Burwell,* contra.